UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS DENTON,<br><br>                Plaintiff,<br>   v.<br><br>FRED FOGUEROG *et al*.,<br><br>                Defendants. | No. 10-5093FDB/JRC<br><br>ORDER TO SERVE COMPLAINT |

      This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4. Plaintiff has paid the full filing fee and is not proceeding in forma pauperis. It is plaintiff, and not the court, who must perfect service of process in this matter. The clerk's office is directed to return the Marshal's forms and copies of the complaint that are on file to the plaintiff.

      Plaintiff has 120 days to perfect service of process on the named defendants. Plaintiff should consult Fed. R. Civ. P. 4.

      DATED this 24th day of February, 2010.

                                                J. Richard Creatura
                                                United States Magistrate Judge

ORDER TO SERVE COMPLAINT - 1