1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10  THOMAS DENTON,

11                          Plaintiff,

Case No. C10-5093FDB/JRC

12       v.

ORDER

13  FRED FOGUEROG, *et al.*,

14                          Defendants.

15

16   This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned

17  Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local

18  Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4.  Before the court are plaintiff's motion

19  asking the court to vacate an order that he serve his action, and a motion for in forma pauperis

20  status so the court would serve his action on out of state defendants (Dkt. # 5 and 6).  Plaintiff

21
22  has paid the full filing fee of $350.00 (Dkt. # 1 Receipt # T-6961).

23   An inmate seeking in forma pauperis status must provide the court with an inmate

24  account statement for the last six months. See 28 U.S.C. 1915 (a)(2).  The court in this case

25  needs this information to determine if plaintiff qualifies for in forma pauperis status.  Plaintiff

26  will be given until **May 21, 2010**, to provide his trust account statement so the court can properly

ORDER - 1

consider if a grant of in forma pauperis status would be proper in this case.  The court reminds plaintiff that pursuant to 28 U.S. C. 1915 (f)(1)(B), he will be required to repay anything other than nominal costs incurred in perfecting service of process.

In order that plaintiff not be penalized on the 120 days he has to perfect service, this action is stayed until the issue of in forma pauperis status is decided.

The Clerk's Office is directed to send plaintiff a copy of this order and note the May 21, 2010, due date.

DATED this 13th day of April, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2