UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS DENTON,

                Plaintiff,

  v.

FRED FOGUEROG, *et al*.,

                Defendants.

No. 10-5093FDB/JRC

INFORMATIONAL ORDER

      This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4.

      Before the court is a letter filed by plaintiff asking the court if service by certified mail is sufficient (Dkt. # 10). The court does not conduct business by letter. Plaintiff is directed to file a properly noted motion if he wishes future court action.

      Additionally, the court cannot give legal advice to a party. Plaintiff is directed to consult the Federal Rules of Civil Procedure regarding service of process.

      The Clerk's Office is directed to send plaintiff a copy of this order.

      DATED this 3rd day of May, 2010.

                          J. Richard Creatura
                          United States Magistrate Judge

ORDER - 1