1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS DENTON,

                                        Plaintiff,

        v.

FRED FOGUEROG, *et al.*,

                                        Defendants.

No. 10-5093RJB/JRC

ORDER

        This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned

Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate

Judges' Rules MJR 1, MJR 3, and MJR 4.

        Before the court is plaintiff's motion asking the court to vacate an order directing him to

serve his action.  Plaintiff has paid the full filing fee and is not proceeding in forma pauperis.

The court has not previously ruled on this motion because after filing the motion Mr. Denton

filed a request to proceed in forma pauperis.  The court gave Mr. Denton until June 2, 2010, to

submit information to the court regarding his financial status and he failed to do so.  On June 2,

ORDER - 1

2010, this court filed a Report and Recommendation to deny in forma pauperis status. Because plaintiff is not proceeding in forma pauperis, the motion to vacate the order directing plaintiff to serve his action is DENIED.

The Clerk's Office is directed to send plaintiff a copy of this order and remove Dkt. # 5 from the Court's calendar.

DATED this 9th day of June, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2