1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS DENTON,

              Plaintiff,

  v.

FRED FOGUEROG, *et al.*,

              Defendants.

No. 10-5093RJB/JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

16  The Court, having reviewed the Report and Recommendation of Magistrate Judge J.

17 Richard Creatura, objections to the Report and Recommendation (Dkt. 16), and the remaining

18 record, does hereby find and ORDER:

19     (1)    The Court **ADOPTS** the Report and Recommendation (Dkt. 13).

20     (2)    Plaintiff paid the filing fee in this matter. Dkt. 1. On June 15, 2010, plaintiff filed
21 objections to the Report and Recommendation, requesting that the court grant his
motion to proceed *in forma pauper*is so that the court would effectuate service of
22 the summons and complaint. With his objections, plaintiff filed an inmate trust
account statement showing that the account had average monthly receipts of
23 $149.18 from December 1, 2009 to May 31, 2010. Dkt. 16, at 3. Because plaintiff
24 paid the filing fee in this matter, his motion for *in forma pauperis* status is
**DENIED**. Plaintiff's request that the court effectuate service of the summons and
25 complaint (Dkt. 16) is **DENIED**. Plaintiff is responsible for service of this action
in accordance with the Fed. Rules of Civil Procedure.
26

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

(3) The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 24th day of June, 2010.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 2