UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS DENTON<br><br>Plaintiff,<br><br>v.<br><br>FRED FOGUEROG, *et al.*,<br><br>Defendants. | Case No.  C10-5093RJB/JRC<br><br>REPORT AND RECOMMENDATION<br><br>**NOTED FOR**:<br>October 15, 2010 |

This Civil Rights Action filed pursuant to 42 U.S.C. § 1983 has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge's Rules MJR 1, MJR 3, and MJR 4.

Plaintiff has paid the full filing fee and is not proceeding in forma pauperis.  He now asks to dismiss this action without prejudice (Dkt. # 18).  The action has not been served and no defendant has appeared.

Fed. R. Civ. P. 41 (a) (1) (A) controls.  Plaintiff has an absolute right to dismiss this action at this stage of litigation -- one time.  While the rule states that no court order is needed, an order should be entered so the file properly reflects this matter is closed and the dismissal is without prejudice.

REPORT AND RECOMMENDATION- 1

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. <u>See</u> also Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. <u>Thomas v. Arn</u>, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on October 15, 2010, as noted in the caption.

Dated this 20th day of September, 2010.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION- 2