UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS DENTON, <br><br> Plaintiffs, <br><br> v. <br><br> FRED FOGUEROG, et al., <br><br> Defendants. | Case No. C10-5093 RJB <br><br> ORDER ADOPTING A REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge, dated September 20, 2010. Dkt. 19. No objection has been filed.

The Court, having reviewed the Report and Recommendation, and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation;

2. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41 (a)(1)(A).

DATED this 15th day of October, 2010.

ROBERT J. BRYAN
United States District Judge

ORDER - 1