# United States District Court

### WESTERN DISTRICT OF WASHINGTON

THOMAS DENTON,

v.

FRED FOGUEROG, et al.,

**JUDGMENT IN A CIVIL CASE**

Case No. C10-5093 RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

1.   The Court adopts the Report and Recommendation; and

2.   This action is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41 (a)(1)(A).

| October 15, 2010 | | WILLIAM M. McCOOL |
| :---: | :---: | :---: |
| Date | | Clerk |

| | | *s / Mary Trent* |
| :---: | :---: | :---: |
| | | Deputy Clerk |